**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

MANUEL DOMINGO P. DELGADO,

Petitioner,

v.

ERNESTO SANTACRUZ, JR.,
Acting Field Office Director for
Immigration and Customs
Enforcement and Removal Operations
in Los Angeles, et al,

Respondents.

Case No. 5:26-cv-02878-DTB

**J U D G M E N T**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and a writ of habeas corpus shall be issued requiring Respondents to immediately release Petitioner, Manuel Domingo P. Delgado (A 088-513-370), from custody on the same conditions (if any) imposed as of the time of his current arrest and detention, and to return all of the property confiscated from him during processing into detention.  Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from re-detaining Petitioner without notice and a pre-detention hearing before a neutral arbiter at which the

1

government bears the burden of proving that Petitioner is a flight risk or danger to the community.  Respondents shall file a status report within two (2) business days to confirm that Petitioner has been released from custody pursuant to the Order Granting Petition for Writ of Habeas Corups.

DATED: June 18, 2026

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE